David M. Friedman (DF 4278)
Robert M. Novick (RN 4037)
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, New York  10019
Tel:  (212) 506-1700
Fax:  (212) 506-1800

*Attorneys for Gabriel Capital L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| In re: | Chapter 11 Case Nos. |
| | 98-B-47996 (REG) |
| | 98-B-47997 (REG) |
| URBAN COMMUNICATORS PCS LIMITED | 98-B-10086 (REG) |
| PARTNERSHIP, <u>et al.</u>, | |
| | Jointly Administered |
| Debtors. | |

------------------------------------------------------------ x

## GABRIEL CAPITAL L.P.'S DESIGNATION OF RECORD AND STATEMENT OF ISSUE ON APPEAL

Gabriel Capital L.P. ("**Gabriel**"), pursuant to Federal Rule of Bankruptcy Procedure

8006, hereby submits this statement of issues on appeal and designation of items to be included

in the record on appeal from the *Decision and Order on Gabriel Entitlement to Post-Petition*

*Interest* (the "**Order**") entered in the above-captioned chapter 11 cases on December 11, 2007.

### Statement of Issue on Appeal

Having ruled that Gabriel is a secured creditor of chapter 11 debtor Urban Comm-North

Carolina, Inc. ("**UC-NC**") and therefore entitled to receive post-petition interest pursuant to 11

U.S.C. § 506(b), did the Bankruptcy Court err by concluding that it had discretion to reduce the

amount of interest to which Gabriel is entitled under its contract to an extent that not only

renders UC-NC solvent and permits it to pay all of its junior creditors in full but also provides a large distribution for its shareholder.

## Designation of Items for Record on Appeal

| Date | Docket No. | Document Description |
|---|---|---|
| 10/22/2004 | 248 | Application for Order Shortening Time Period for Notice Under Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure |
| 10/25/2004 | 250 | Order signed on 10/25/2004 Scheduling a Hearing to Approve and Authorize the Terms and Conditions of Proposed Stock Purchase Agreement. |
| 10/26/2004 | 251 | Application for an Order Approving, Inter Alia, Terms and Conditions of a Proposed Stock Purchase Agreement, Break-Up Fee, Non-Solicitation Covenant, Good Faith Deposit Terms and Conditions and Termination Fee Terms and Conditions |
| 11/15/2004 | 259 | Statement Reserving Rights of Gabriel Capital L.P. Respecting Debtors' Application for an Order: Approving, Inter Alia, Terms and Conditions of a Proposed Stock Purchase Agreement, Break-Up Fee, Non-Solicitation Covenant, Good Faith Deposit Terms and Conditions and Termination Fee Terms and Conditions |
| 11/30/2004 | 264 | Substitute Agreements and Exhibits |
| 12/01/2004 | 265 | Order Granting Motion Approving Terms and Conditions of a Proposed Stock Purchase Agreement, Break-Up Fee, Non-Solicitation Covenant, Good Faith Deposit Terms and Conditions and Termination Fee Terms and Conditions |
| 12/30/2004 | 273 | Notice of Hearing on Motion for Order Authorizing and Approving the Sale of Certain Assigned and Disaggregated PCS Licenses Pursuant to the Terms and Conditions of an Agreement to Purchase FCC Licenses Free and Clear of Liens and Encumbrances |
| 12/30/2004 | 274 | Application for an Order Authorizing and Approving the Sale of Certain Assigned and Disaggregated PCS Licenses Pursuant to the Terms and Conditions of an Agreement to Purchase FCC Licenses, Free and Clear of Liens and Encumbrances |
| 01/19/2005 | 281 | Response and Limited Objection of Gabriel Capital L.P. to Application for an Order Authorizing and Approving the Sale of |

|  |  | Certain Assigned and Disaggregated PCS Licenses Pursuant to the Terms and Conditions of an Agreement to Purchase FCC Licenses, Free and Clear of Liens and Encumbrances |
|---|---|---|
| 03/14/2005 | 285 | Application for Order Shortening Time Period for Notice Under Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure |
| 03/15/2005 | 286 | Application for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Authorizing and Approving the Terms and Conditions of Debtors' Proposed Settlement Agreement with the Federal Communications Commission |
| 03/15/2005 | 288 | Amended Exhibit A to Application for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Authorizing and Approving the Terms and Conditions of Debtors' Proposed Settlement Agreement with the Federal Communications Commission |
| 03/17/2005 | 291, 292 | Motion to Compel Payment of Cash Collateral by Gabriel Capital L.P. |
| 03/22/2005 | 293 | Supplementary Exhibits in Support of Motion of Gabriel Capital L.P. to Compel Payment of Cash Collateral |
| 03/22/2005 | 294 | Opposition to the Motion of Gabriel Capital L.P. to Compel Payment Pursuant to 11 U.S.C. Sections 362(d) and 363(e) of the Bankruptcy Code |
| 03/22/2005 | 295 | Response to Motion To Compel Payment of Cash Collateral |
| 03/23/2005 | 296 | Objection to Motion of Debtor's Application for an Order Authorizing and Approving the Terms and Conditions of Debtors' Proposed Settlement Agreement with the Federal Communications Commission |
| 03/23/2005 | 300 | Reply of Gabriel Capital L.P. in Further Support of its Motion to Compel Payment of Cash Collateral Pursuant to 11 U.S.C. 362(d) and 363(e) |
| 03/23/2005 | 301 | Objection to Claim of Gabriel Capital, L.P. |
| 03/24/2005 | 302 | Order signed on 3/24/2005 Authorizing and Approving the Sale of Certain PCS Licenses to Cellco Partnership d/b/a Verizon Wireless, Free and Clear of Liens and Encumbrances. |
| 04/04/2005 | 303 | Order signed on 4/4/2005 Authorizing and Approving the Terms and Conditions of Debtors' Proposed Settlement Agreement with the Federal Communications Commission. |

| 04/04/2005 | 304 | Order signed on 4/4/2005 Scheduling a Hearing and Providing Related Procedural Relief with Respect to Hearing on the Allowance of the Claims of Gabriel Capital L.P. |
|---|---|---|
| 04/04/2005 | 305 | Memorandum of Law in Support of the Undersecured/Unsecured Status of the Claim of Gabriel Capital, L.P. |
| 04/04/2005 | 306 | Memorandum of Law of Gabriel Capital L.P. in Support of Allowance of its Secured Claims with Postpetition Interest Computed at the Default Rate Specified in the Underlying Loan Documents, and in Further Support of its Motion to Compel Payment of Cash Collateral Pursuant to 11 U.S.C. 362(d) and 363(e) |
| 04/04/2005 | 307, 308, 309, 310 | Declaration of Michelle L. Fivel in Support of the Memorandum of Law of Gabriel Capital L.P. in Support of Allowance of its Secured Claims with Postpetition Interest Computed at the Default Rate Specified in the Underlying Loan Documents, and in Further Support of its Motion to Compel Payment of Cash Collateral Pursuant to 11 U.S.C. 362(d) and 363(e) |
| 04/05/2005 | 311 | Supplemental Declaration of Michelle L. Fivel in Support of the Memorandum of Law of Gabriel Capital L.P. in Support of Allowance of its Secured Claims with Postpetition Interest Computed at the Default Rate Specified in the Underlying Loan Documents, and in Further Support of its Motion to Compel Payment of Cash Collateral Pursuant to 11 U.S.C. 362(d) and 363(e) |
| 04/05/2005 | 313 | Notice of conventional filing of transcript hearing held on 3/24/2005 filed by The Clerk's Office, United States Bankruptcy Court SDNY. |
| 04/07/2005 | 378 | Transcript hearing held on 4/7/05 |
| 07/01/2005 | 327 | Notice of Conventional filing hearing held on 4/7/2005. |
| 08/12/2005 | 377 | Transcript hearing held on 3/24/05 |
| 08/25/2005 | 329 | Motion of SunCom Wireless, Inc. to Compel the Return of the Good Faith Deposit Pursuant to Section 105 of the Bankruptcy Code and the Interim Relief Order |
| 9/14/2005 | 334 | Opposition of Urban Communicators PCS Limited Partnership, et al., to Motion of SunCom Wireless, Inc. to Compel the Return of Good Faith Deposit |

| | | |
|---|---|---|
| 10/04/2005 | 338 | So Ordered Stipulation signed on 10/4/2005 by and between Attorney for the Debtors and Debtors-in-Possession and Attorneys for SunCom Wireless, Inc. f/k/a Triton PCS, Inc. Re: Authorizing the Return of the Good Faith Deposit to SunCom Wireless, Inc. and Resolving All Remaining Claims Between the Debtors and SunCom Wireless, Inc. |
| 10/21/2005 | 340 | Supplemental Memorandum of Law in Support of the Undersecured/Unsecured Status of Claim of Gabriel Capital L.P. |
| 11/07/2005 | 344 | Memorandum of Law of Gabriel Capital L.P. in Reply to Debtors' Supplemental Memorandum of Law |
| 11/08/2005 | 356 | Notice of Conventional Filing of Transcript hearing held on 10/6/05 |
| 12/22/2005 | 357 | Notice of Presentment of Stipulation and Order Authorizing Use of Collateral and Providing Adequate Protection |
| 12/22/2005 | 358 | Stipulation and Order Authorizing Use of Collateral and Providing Adequate Protection |
| 12/28/2005 | 360 | So Ordered Stipulation signed on 12/28/2005 by and between Attorneys for Gabriel Capital L.P. and Attorneys for Urban Communicators PCS Limited Partnership, Urban Comm-Mid-Atlantic, Inc. and Urban Comm-North Carolina, Inc. Re: Authorizing of Collateral and Providing Adequate Protection |
| 03/08/2006 | 364 | Application for an Order: Approving, Inter Alia, Terms and Conditions of Agreement to Purchase FCC Licenses, Break-Up Fee and Non-Solicitation Covenant |
| 03/08/2006 | 365 | Application for Order Shortening Time Period for Notice Under Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure |
| 03/15/2006 | 373 | Objection to Application for an Order Approving, Inter Alia, Terms and Conditions of Agreement to Purchase FCC Licenses, Break-Up Fee and Non-Solicitation Covenant |
| 03/20/2006 | 374 | Interim Order signed on 3/20/2006 Approving Terms and Conditions of Agreement to Purchase FCC Licenses, Break-Up Fee and Non-Solicitation Covenant |
| 03/31/2006 | 380 | Order Granting Motion Approving the Sale of Certain PCS Licenses to Cricket Licensee (Reauction) Inc. Free and Clear of Liens and Encumbrances |
| 05/12/2006 | 384 | Notice of Motion and Motion of Gabriel Capital L.P. to Enforce |

|            |     |                                                                                                                                                                                                                                                                                                                                                                           |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | Cash Collateral Order and Obtain Related Relief                                                                                                                                                                                                                                                                                                                            |
| 05/12/2006 | 385 | Motion of Gabriel Capital L.P. to Enforce Cash Collateral Order and Obtain Related Relief                                                                                                                                                                                                                                                                                  |
| 06/08/2006 | 386 | Opposition of Urban-Comm North Carolina, Inc. to the Motion of Gabriel Capital L.P. to Enforce Cash Collateral Order and Obtain Related Relief                                                                                                                                                                                                                              |
| 07/20/2006 | 390 | Notice of Motion for Order Authorizing and Approving, Inter Alia, (A) the Sale of Certain Assigned and Disaggregated PCS Licenses Pursuant to the Terms and Conditions of an Agreement to Purchase FCC Licenses Free and Clear of Liens, Claims, Interests and Encumbrances; (B) The Break-Up Fee; (C) the Non-Solicitation Covenant; (D) Termination Fee, Terms and Conditions; and (E) the Terms and Conditions of the Escrow Agreement |
| 07/20/2006 | 392 | Application for an Order Authorizing and Approving, Inter Alia, (A) the Sale of Certain Assigned and Disaggregated PCS Licenses Pursuant to the Terms and Conditions of an Agreement to Purchase FCC Licenses, Free and Clear of Liens, Claims, Interests and Encumbrances; (B) the Break-Up Fee; (C) The Solicitation Covenant; (D) Termination Fee, Terms and Conditions; and (E) The Terms and Conditions of the Escrow Agreement |
| 08/09/2006 | 397 | Order Authorizing and Approving, Inter Alia, (A) the Sale of Certain Assigned to Cellco Partnership d/b/a Verizon Wireless Clear free and Clear of Liens, Claims, Interests and Encumbrances; (B) the Break-Up Fee; (C) The Non Solicitation Covenant; (D) Termination Fee, Terms and Conditions; and (E) The Terms and Conditions of the Escrow Agreement |
| 03/30/2007 | 448 | Renewed Motion of Gabriel Capital L.P. for Allowance of Post-Petition Contractual Interest on its Oversecured Claim                                                                                                                                                                                                                                                        |
| 05/07/2007 | 453 | Debtors' Opposition to Renewed Motion of Gabriel Capital L.P. for Allowance of Post-Petition Interest on Its Claim                                                                                                                                                                                                                                                         |
| 05/09/2007 | 454 | Reply in Further Support of Renewed Motion of Gabriel Capital L.P. for Allowance of Post-Petition Contractual Interest on its Oversecured Claim                                                                                                                                                                                                                             |
| 05/24/2007 | 455 | Order Granting Motion Authorizing the Terms and Conditions of the Proposed Amendment to the Settlement Agreement with The Federal Communications Commission                                                                                                                                                                                                                 |
| 05/24/2007 | 456 | Transcript Of Hearing Held On May 10, 2007 At 9:45 AM, Re: Motion To Allow: Renewed Motion Of Gabriel Capital L.P. For                                                                                                                                                                                                                                                     |

|  |  | Allowance Of Post-petition Contractual Interest On Its Oversecured Claim |
|---|---|---|
| 11/06/2007 | 473 | Reply in Support of Motion of Gabriel Capital L.P. for Order Converting Cases to Chapter 7 Pursuant to 11 U.S.C. Section 1112(b) and Bankruptcy Rule 1017 |
| 11/15/2007 | 488 | Letter Regarding Claims for Gabriel Capital L.P. |
| 11/15/2007 | 489 | Endorsed Order signed on 11/15/2007 re: Letter Filed by Attorney for Gabriel. |
| 12/03/2007 | 493 | Letter Regarding Computation of Claims of Gabriel Capital L.P. |
| 12/11/2007 | 496 | Decision and Order signed on 12/11/2007 on Gabriel's Entitlement to Post-Petition Interest |
| 12/18/2007 | 497 | Notice of Appeal filed on behalf of Urban Communicators PCS Limited Partnership. |
| 12/20/2007 | 499 | Notice of Appeal filed on behalf of Gabriel Capital L.P. |
| 12/28/2007 | 501 | Designation of Contents (appellant) for Inclusion in Record on Appeal and Statement of Issues on Appeal filed by Charles E. Simpson on behalf of Urban Communicators PCS Limited Partnership. |

Dated: December 31, 2007
     New York, New York

                KASOWITZ, BENSON, TORRES
                   & FRIEDMAN LLP

                /s/ Robert M. Novick
                David M. Friedman (DF 4278)
                Robert M. Novick (RN 4037)
                1633 Broadway
                New York, New York  10019
                Tel:  (212) 506-1700
                Fax:  (212) 506-1800

                *Attorneys for Gabriel Capital L.P.*