David M. Friedman (DF-4278)
Robert M. Novick (RN-4037)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*COUNSEL TO GABRIEL CAPITAL L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                              :   Chapter 11
In re:                                                        :   Case Nos. 98-B-47996 (REG)
                                                              :             98-B-47997 (REG)
URBAN COMMUNICATORS PCS LIMITED                               :             98-B-10086 (REG)
PARTNERSHIP, *et al.*,                                        :
                                                              :   Jointly Administered
                                         Debtors.             :
-------------------------------------------------------------- x
GABRIEL CAPITAL L.P.,                                         :
                                                              :   08-CIV-00945 (RWS)
                                         Appellant,           :
          - against -                                         :
                                                              :
URBAN COMMUNICATORS PARTNERSHIP                               :
PCS.,                                                         :
                                         Appellee.            :
-------------------------------------------------------------- x

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                     ) SS
COUNTY OF NEW YORK   )

     Rashaan Russell, being duly sworn, deposes and says:

     1.  I am not a party to this action, am over 18 years of age, and am employed by Kasowitz, Benson, Torres & Friedman LLP.

2. On March 11, 2008, I served a true copy of the **NOTICE OF FILING OF OPENING BRIEF IN SUPPORT OF GABRIEL CAPITAL'S APPEAL FROM THE BANKRUPTCY COURT'S DECISION AND ORDER ON GABRIEL ENTITLEMENT TO POST-PETITION INTEREST ENTERED DECEMBER 11, 2007,** Federal Express Overnight Delivery upon the party listed on the annexed service list.

Dated: New York, New York
       March 17, 2008

Rashaan Russell

Sworn before me this
17th day of March, 2008

Notary Public
Lana Rafael
Notary Public- State of New York
No. 01RA6042271
Qualified in Kings County
Commission Expires May 22, 2010

LANA RAFAEL
Notary Public, State of New York
No. 01RA6042271
Qualified in Kings County
Commission Expires May 22, 2010

**Service List**

Charles E. Simpson, Esq.
Windels, Marx, Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
Phone: (212) 237-1000
Fax : (212) 262-1215